NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1132

1ST TECHNOLOGY LLC,

Plaintiff-Appellee,

v.

RATIONAL ENTERPRISES LTDA. and RATIONAL POKER SCHOOL LIMITED,

Defendants,

and

BODOG ENTERTAINMENT S.A.,
BODOG.NET, and BODOG.COM,

Defendants-Appellants.

Robert P. Greenspoon, Flachsbart & Greenspoon, LLC, of Chicago, Illinois, argued for plaintiff-appellee. With him on the brief was William W. Flachsbart. Of counsel on the brief were L. Kristopher Rath, Kevin M. Sutehall, and Michael K. Wall, Hutchison & Steffen, LLC, of Las Vegas, Nevada.

Victor de Gyarfas, Foley & Lardner LLP, of Los Angeles, California, argued for defendants-appellants. With him on the brief were James D. Nguyen, of Los Angeles, California, and George E. Quillin, of Washington, DC.

Appealed from: United States District Court for the District of Nevada

Chief Judge Roger L. Hunt

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1132

1ST TECHNOLOGY LLC,

Plaintiff-Appellee,

v.

RATIONAL ENTERPRISES LTDA. and RATIONAL POKER SCHOOL LIMITED,

Defendants,

and

BODOG ENTERTAINMENT S.A.,
BODOG.NET, and BODOG.COM,

Defendants-Appellants.

# Judgment

ON APPEAL from the        United States District Court for
the District of Nevada

in CASE NO(S).        2:06-CV-1110.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

  Per Curiam (MAYER, LINN and MOORE, <u>Circuit Judges</u>.)

<u>AFFIRMED</u>.  <u>See</u> Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED: <u>October 8, 2008</u>        <u>/ s / *Jan Horbaly*        </u>
Jan Horbaly, Clerk